UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

JOSEPH BURNS,                          :     **NOTICE OF APPEARANCE**

        - v. -                         :     07 Civ. 7870 (RJH) (AJP)

UNITED STATES,                         :

                Respondent.     :

- - - - - - - - - - - - - - - - x

TO:  Clerk of Court
     United States District Court
     Southern District of New York

     The undersigned attorney respectfully requests the Clerk to

note his appearance in this case.


                         Respectfully submitted,

                         MICHAEL J. GARCIA
                         United States Attorney for the
                         Southern District of New York


                   By:   /s/_____
                         Edward Y. Kim
                         Assistant United States Attorney
                         Tel.: (212) 637-2401
                         Fax: (212) 637-2527