

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 2, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/10/08

**BY FACSIMILE (212-805-7933)**

The Honorable Andrew J. Peck
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1370
New York, New York 10007

Re:  *Jose Burns v. United States*, 07 Civ. 7870 (RJH) (AJP)
     *United States v. Jose Burns*, 04 Cr. 142 (RJH)

Dear Judge Peck:

Your Honor's Order of May 19, 2008, directed that the Government respond by June 13, 2008, to a petition filed pursuant to 28 U.S.C. § 2255 on September 7, 2007 by Petitioner Jose Burns. The Assistant United States Attorney originally assigned to the matter has since left this Office, and the matter was recently reassigned to me.

Accordingly, in order to allow for adequate time to prepare a response to the petition, I respectfully request that the time for the Government's response be extended by 30 days, to July 14, 2008. Petitioner's reply papers would then be due on July 28, 2008. Counsel for Petitioner has consented to this request.

**MEMO ENDORSED** 6/10/08

Approved. No further extensions [illegible handwriting] govt. and [illegible]

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Edward Y. Kim
Assistant United States Attorney
(212) 637-2401

Hon. Andrew J. Peck
June 2, 2008
Page 2 of 2

cc: James E. Neuman, Esq. (by facsimile)

# FAX TRANSMITTAL SHEET



**ANDREW J. PECK
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated: __June 10, 2008__                                Total Number of Pages: __4__

| TO | FAX NUMBER |
|---|---|
| Edward Y. Kim, Esq. | 212-637-2527 |
| James E. Neuman, Esq. | 212-571-5507 |
|  |  |

**MEMO ENDORSED 6/10/08**

Approved. No further extensions for the gov't are likely.

Copy to:   Judge Richard J. Holwell