UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/29/08

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOSEPH BURNS,                                  :

          Petitioner,             :          07 Civ. 7870 (RJH) (AJP)

      -against-                        :          **ORDER**

U.S.A.,                                        :

          Respondent.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ANDREW J. PECK, United States Magistrate Judge:**

The parties never responded as to whether they consent to my decision of petitioner's § 2255 petition pursuant to 28 U.S.C. § 636(c). (See attached form.) Counsel are to respond by July 31, 2008. Mr. Neuman should speak to A.U.S.A. Kim and advise by July 31, 2008.

      SO ORDERED.

Dated:     New York, New York
          July 29, 2008

                         **Andrew J. Peck**
                         United States Magistrate Judge

Copies **by fax & ECF** to:   James E. Neuman, Esq.
                       Edward Y. Kim, Esq.
                       Judge Richard J. Holwell

C:\OPIN\