07/30/2008 14:50 FAX 212 571 5507 ROTHMAN SCHNEIDER ETAL → HON ANDREW J PECK SDNY Fax:212-805-7933 Jul 29 2008 01:16pm P003/004

Case 1:07-cv-07870-AJP   Document 8   Filed 08/08/2008   Page 1 of 2

RECEIVED JUL 30 2008 CHAMBERS OF ANDREW J PECK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
Joseph Burns

                Plaintiff(s),

   - against -

United States of America
                Defendant(s).
------------------------------------------------x

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

07 Civ. 7870 (RJH) (AJP)

IT IS HEREBY STIPULATED by the undersigned:

    1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

    2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____
Attorney(s) for Plaintiff(s)
Address 100 Lafayette St, NY, NY 10013
Telephone (212) 966-5612

_____
Attorney(s) for Defendant(s)
Address
Telephone

_____
Attorney(s) for _____
Address
Telephone

_____
Attorney(s) for _____
Address
Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED.

_____ 8/7/08
               U.S.D.J.

Magistrate Judge Peck was assigned this case on _____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08

For: Clerk U.S.D.C. S.D.N.Y.

SDNY Web 4/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOSEPH BURNS,

    Plaintiff(s),

 - against -

UNITED STATES OF AMERICA,

    Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

__07__ Civ. __7870__ (RJH)(AJP)

RECEIVED JUL 31 2008 CHAMBERS OF RICHARD J. HOLWELL

IT IS HEREBY STIPULATED by the undersigned:

  1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

  2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____
Attorney(s) for Plaintiff(s)
Address
Telephone

_____
Attorney(s) for Defendant(s)
Address 1 St. Andrew's Plaza
Telephone (212) 637-2401

_____
Attorney(s) for _____
Address
Telephone

_____
Attorney(s) for _____
Address
Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED.

_____ 8/7/08
    U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08

Magistrate Judge Peck was assigned this case on _____.

For: Clerk U.S.D.C. S.D.N.Y.

SDNY Web 4/99